appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ABRAHAM LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HELEN LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

MILTON L'ECLUSE, Respondent, v. YOUNG & METZNER REALTY COMPANY, INC., Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

WILFRED LINTHWAITE, Respondent, v. ABRAHAM SHEBAR, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JACENTAS MALUKAS, Respondent, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CATHERINE MERKERT, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. QUEENS COUNTY WATER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ. Settle order, with questions, before the presiding justice.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Action No. 1.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Action No. 2.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 3 to 11 inclusive.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JOSEPH M. ROMAN and HERBERT CALLMAN, Respondents, v. JAMES